# EXHIBIT A

| Entity Name |
| --- |
| All Savers Insurance Company |
| All Savers Life Insurance Company of California |
| AmeriChoice of New Jersey, Inc. |
| Arizona Physicians IPA, Inc. |
| Care Improvement Plus of Texas Insurance Company |
| Care Improvement Plus South Central Insurance Company |
| Care Improvement Plus Wisconsin Insurance Company |
| Dental Benefit Providers of California, Inc. |
| Dental Benefit Providers of Illinois, Inc. |
| Golden Rule Insurance Company |
| Harken Health Insurance Company |
| Health Plan of Nevada, Inc. |
| MAMSI Life and Health Insurance Company |
| MD-Individual Practice Association, Inc. |
| Medica Health Plans of Florida, Inc. |
| Medica HealthCare Plans, Inc. |
| National Pacific Dental, Inc. |
| Neighborhood Health Partnership, Inc. |
| Nevada Pacific Dental |
| Optimum Choice, Inc. |
| Oxford Health Insurance, Inc. |
| Oxford Health Plans (CT), Inc. |
| Oxford Health Plans (NJ), Inc. |
| Oxford Health Plans (NY), Inc. |
| PacifiCare Life and Health Insurance Company |
| PacifiCare Life Assurance Company |
| PacifiCare of Arizona, Inc. |
| PacifiCare of Colorado, Inc. |
| PacifiCare of Nevada, Inc. |
| Peoples Health, Inc. |
| Physicians Health Choice of Texas, LLC |
| Preferred Care Partners, Inc. |
| Rocky Mountain Health Maintenance Organization, Incorporated |
| Rocky Mountain HealthCare Options, Inc. |
| Sierra Health and Life Insurance Company, Inc. |
| Symphonix Health Insurance, Inc. |
| UHC of California |
| Unimerica Life Insurance Company of New York |
| Unison Health Plan of Delaware, Inc. |
| UnitedHealthcare Benefits of Texas, Inc. |

| |
|---|
| UnitedHealthcare Benefits Plan of California |
| UnitedHealthcare Community Plan of California, Inc. |
| UnitedHealthcare Community Plan of Georgia, Inc. |
| UnitedHealthcare Community Plan of Ohio, Inc. |
| UnitedHealthcare Community Plan of Texas, L.L.C. |
| UnitedHealthcare Community Plan, Inc. |
| UnitedHealthcare Insurance Company |
| UnitedHealthcare Insurance Company of Illinois |
| UnitedHealthcare Insurance Company of New York |
| UnitedHealthcare Insurance Company of the River Valley |
| UnitedHealthcare Insurance Designated Activity Company |
| UnitedHealthcare Integrated Services, Inc. |
| UnitedHealthcare Life Insurance Company |
| UnitedHealthcare of Alabama, Inc. |
| UnitedHealthcare of Arizona, Inc. |
| UnitedHealthcare of Arkansas, Inc. |
| UnitedHealthcare of Colorado, Inc. |
| UnitedHealthcare of Florida, Inc. |
| UnitedHealthcare of Georgia, Inc. |
| UnitedHealthcare of Illinois, Inc. |
| UnitedHealthcare of Kentucky, Ltd. |
| UnitedHealthcare of Louisiana, Inc. |
| UnitedHealthcare of Mississippi, Inc. |
| UnitedHealthcare of New England, Inc. |
| UnitedHealthcare of New Mexico, Inc. |
| UnitedHealthcare of New York, Inc. |
| UnitedHealthcare of North Carolina, Inc. |
| UnitedHealthcare of Ohio, Inc. |
| UnitedHealthcare of Oklahoma, Inc. |
| UnitedHealthcare of Oregon, Inc. |
| UnitedHealthcare of Pennsylvania, Inc. |
| UnitedHealthcare of Texas, Inc. |
| UnitedHealthcare of the Mid-Atlantic, Inc. |
| UnitedHealthcare of the Midlands, Inc. |
| UnitedHealthcare of the Midwest, Inc. |
| UnitedHealthcare of Utah, Inc. |
| UnitedHealthcare of Washington, Inc. |
| UnitedHealthcare of Wisconsin, Inc. |
| UnitedHealthcare Plan of the River Valley, Inc. |