IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | |
| ***CERTAIN END-PAYER PLAINTIFFS ACTIONS*** | |
| *In Re: Amitriptyline Cases* | 16-AM-27242 |
| *In Re: Benazepril HCTZ Cases* | 16-BZ-27242 |
| *In Re: Desonide Cases* | 16-DS-27242 |
| *In Re: Fluocinonide Cases* | 16-FL-27242 |
| *In Re: Levothyroxine Cases* | 16-LV-27242 |
| *In Re: Lidocaine-Prilocaine Cases* | 16-LD-27242 |
| *In Re: Pravastatin Cases* | 16-PV-27242 |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 18-cv-02401 |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 19-cv-06011 |
| ***INDIRECT RESELLER PLAINTIFFS ACTIONS*** | |
| *In Re: Amitriptyline Cases (Indirect Reseller)* | 16-AM-27243 |
| *In Re: Benazepril-HCTZ Cases (Indirect Reseller)* | 16-BZ-27243 |
| *In Re: Clobetasol Cases (Indirect Reseller)* | 16-CB-27243 |
| *In Re: Clomipramine Cases (Indirect Reseller)* | 16-CM-27243 |
| *In Re: Desonide Cases (Indirect Reseller)* | 16-DS-27243 |
| *In Re: Levothyroxine Cases (Indirect Reseller)* | 16-LV-27243 |
| *In Re: Lidocaine-Prilocaine Cases (Indirect Reseller)* | 16-LD-27243 |
| *In Re: Pravastatin Cases (Indirect Reseller)* | 16-PV-27243 |
| *West Val Pharmacy v. Actavis Holdco U.S., Inc..* | 18-cv-02533 |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 19-cv-06044 |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 20-cv-06291 |
| ***CERTAIN DIRECT ACTION PLAINTIFFS ACTIONS*** | |
| *The Kroger Co. v. Actavis Holdco U.S. Inc.* | 18-cv-00284 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 18-cv-03299 |
| *United Healthcare Services, Inc. v. Actavis Holdco U.S., Inc.* | 19-cv-00629 |
| *Humana Inc. v. Actavis Elizabeth LLC* | 19-cv-04862 |
| *United Healthcare Services, Inc. v. Teva Pharmaceuticals USA, Inc.* | 19-cv-05042 |
| *Health Care Service Corp. v. Actavis Elizabeth, LLC* | 19-cv-05819 |
| *MSP Recovery Claims, Series LLC  v. Actavis Elizabeth, LLC* | 20-cv-00231 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC* | 20-cv-00695 |
| *Cigna Corp. v. Actavis Holdco US, Inc.* | 20-cv-02711 |
| *Rite Aid Corporation v. Actavis Holdco U.S., Inc.* | 20-cv-03367 |
| *J M Smith Corporation v. Actavis Holdco U.S. Inc.* | 20-cv-04370 |
| *Walgreen Company v. Actavis Holdco U.S., Inc.* | 20-cv-06258 |
| *Winn-Dixie Stores, Inc. v. Actavis Holdco U.S.* | 20-cv-06290 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 20-cv-06303 |

| | |
|---|---|
| *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC* | 20-cv-06310 |
| *United HealthCare Services, Inc. v. Sandoz, Inc.* | 20-cv-06557 |
| **CERTAIN DIRECT ACTION PLAINTIFFS (SELF-INSURED)** | |
| *County of Nassau v. Actavis Holdco U.S., Inc.* | 20-cv-00065 |
| *County of Suffolk v. Actavis Holdco US, Inc.* | 20-cv-04893 |
| *County of Albany v. Actavis Holdco U.S., Inc.* | 21-cv-01875 |
| *County of Westchester. v. Actavis Holdco U.S., Inc.* | 21-cv-04474 |
| and | |
| *Providence St. Joseph Health v. Actavis Holdco U.S., Inc.* | 23-cv-03636 |

# ORDER

**AND NOW**, on this 25th day of April 2024, upon consideration of the attached Joint Stipulation Governing Briefing in Response to Certain Private Plaintiffs' Motions for Leave to Amend and Supplement Their Complaints, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724 |
| | 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |

THIS DOCUMENT RELATES TO:

*CERTAIN END-PAYER PLAINTIFFS ACTIONS*

| | |
|---|---|
| *In Re: Amitriptyline Cases* | 16-AM-27242 |
| *In Re: Benazepril HCTZ Cases* | 16-BZ-27242 |
| *In Re: Desonide Cases* | 16-DS-27242 |
| *In Re: Fluocinonide Cases* | 16-FL-27242 |
| *In Re: Levothyroxine Cases* | 16-LV-27242 |
| *In Re: Lidocaine-Prilocaine Cases* | 16-LD-27242 |
| *In Re: Pravastatin Cases* | 16-PV-27242 |
| *1199seiu National Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | 18-cv-02401 |
| *1199seiu National Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | 19-cv-06011 |

*INDIRECT RESELLER PLAINTIFFS ACTIONS*

| | |
|---|---|
| *In Re: Amitriptyline Cases (Indirect Reseller)* | 16-AM-27243 |
| *In Re: Benazepril-HCTZ Cases (Indirect Reseller)* | 16-BZ-27243 |
| *In Re: Clobetasol Cases (Indirect Reseller)* | 16-CB-27243 |
| *In Re: Clomipramine Cases (Indirect Reseller)* | 16-CM-27243 |
| *In Re: Desonide Cases (Indirect Reseller)* | 16-DS-27243 |
| *In Re: Levothyroxine Cases (Indirect Reseller)* | 16-LV-27243 |
| *In Re: Lidocaine-Prilocaine Cases (Indirect Reseller)* | 16-LD-27243 |
| *In Re: Pravastatin Cases (Indirect Reseller)* | 16-PV-27243 |
| *West Val Pharmacy, et al. v. Actavis Holdco U.S., Inc. et al.* | 18-cv-02533 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc. et al.* | 19-cv-06044 |
| *Reliable Pharmacy, et al. v. Actavis Holdco U.S., Inc. et al.* | 20-cv-06291 |

*CERTAIN DIRECT ACTION PLAINTIFFS ACTIONS*

| | |
|---|---|
| *The Kroger Co., et al. v. Actavis Holdco U.S. Inc., et al.* | 18-cv-00284 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 18-cv-03299 |
| *United Healthcare Services, Inc. v. Actavis Holdco U.S., Inc., et al.* | 19-cv-00629 |
| *Humana Inc. v. Actavis Elizabeth LLC, et al.* | 19-cv-04862 |
| *United Healthcare Services, Inc. v. Teva Pharmaceuticals USA, Inc., et al.* | 19-cv-05042 |
| *Health Care Service Corp. v. Actavis Elizabeth, LLC, et al.* | 19-cv-05819 |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00231 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-00695 |
| *Cigna Corp. v. Actavis Holdco US, Inc., et al.* | 20-cv-02711 |
| *Rite Aid Corporation, et al. v. Actavis Holdco U.S., Inc., et al.* | 20-cv-03367 |
| *J M Smith Corporation v. Actavis Holdco U.S. Inc. et al.* | 20-cv-04370 |
| *Walgreen Company v. Actavis Holdco U.S., Inc., et al.* | 20-cv-06258 |
| *Winn-Dixie Stores, Inc., et al. v. Actavis Holdco U.S., et al.* | 20-cv-06920 |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06303 |

| | |
|---|---|
| *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.* | 20-cv-06310 |
| *United HealthCare Services, Inc. v. Sandoz, Inc. et al.* | 20-cv-06557 |
| *CERTAIN DIRECT ACTION PLAINTIFFS (SELF-INSURED)* | |
| *County of Nassau et al. v. Actavis Holdco U.S., Inc.* | 20-cv-00065 |
| *County of Suffolk v. Actavis Holdco US, Inc. et al.* | 20-cv-04893 |
| *County of Albany et al. v. Actavis Holdco U.S., Inc.* | 21-cv-01875 |
| *County of Westchester et al. v. Actavis Holdco U.S., Inc.* | 21-cv-04474 |
| *PROVIDENCE ST. JOSEPH HEALTH, ET AL., V. ACTAVIS HOLDCO U.S., INC., ET AL.* | 23-cv-03636 |

**JOINT STIPULATION GOVERNING BRIEFING
IN RESPONSE TO CERTAIN PRIVATE PLAINTIFFS' MOTIONS FOR LEAVE
TO AMEND AND SUPPLEMENT THEIR COMPLAINTS**

**WHEREAS**, on January 24, 2024, Certain End-Payer Plaintiffs filed a Motion for Leave to Amend and Supplement their complaints;

**WHEREAS**, on February 5, 2024, this Court entered the parties' joint stipulation recognizing that additional plaintiffs expected to file motions for leave to amend and/or supplement complaints and adjourning the deadline to respond to Certain End-Payer Plaintiffs' motion pending negotiation of a briefing schedule, ECF 2818;

**WHEREAS**, on March 20, 2024, this Court issued Pretrial Order No. 267, setting a deadline of April 1, 2024 for plaintiffs to file motions for leave to file amended complaints to name additional parties, Novartis AG and Sandoz AG, and a deadline of May 1, 2024 for responses to said motions, ECF 2888;

**WHEREAS**, a number of other plaintiffs have now filed additional motions for leave to file amended complaints;[1]

---

[1] Plaintiff Harris County in *Harris County, Texas v. Teva Pharmaceuticals USA, Inc. et al.*, 20-cv-2296, filed a motion for leave to amend on April 8, 2024, and does not seek to name additional parties but rather proposes to "amend[] the scope of at-issue drug lists to comport with the drugs contemplated by PTO 139 and PTO 153," 20-cv-2296 No. 132. Accordingly, Defendants propose to address Harris County's proposed amendments separately.

2

**WHEREAS**, on April 2, 2024, plaintiffs in *MSP Recovery Claims Series LLC et al. v. Actavis Elizabeth LLC et al.*, 2:20-cv-0231, moved for leave to amend both "to add Novartis AG and Sandoz AG as Defendants," and to make case-specific amendments unique to their complaint;

**WHEREAS**, the parties agree that the case-specific proposed amendments proposed by MSP Recovery plaintiffs should be addressed in a separate briefing;

**WHEREAS**, the parties agree that plaintiffs' arguments for leave to amend and/or supplement complaints to name additional parties, Novartis AG and Sandoz AG, in the above-captioned actions, as well as the corresponding allegations sought to be added, feature considerable overlap;

**WHEREAS**, the parties jointly believe that a stipulation as to additional briefing will aid the Court and the parties in bringing about the efficient resolution of the motions for leave to amend and/or supplement complaints in the above-captioned actions;

It is hereby **STIPULATED AND AGREED**, by the undersigned counsel, on behalf of their respective clients and pursuant to Local Rule 7.4, that:

1. Existing Defendants shall file an omnibus opposition to Plaintiffs' motions for leave to add Novartis AG and Sandoz AG by May 1, 2024 and shall not exceed 25 pages;

2. Existing Defendants shall file an omnibus opposition to MSP Recovery plaintiffs' proposed case-specific amendments by May 1, 2024 and shall not exceed 20 pages;

3. Plaintiffs may file a joint reply memorandum of law in response to Existing Defendants' opposition brief directed at the motions for leave to add Novartis AG and Sandoz AG, not to exceed 25 pages, by June 3, 2024;

3

4. MSP Recovery plaintiffs may file a reply memorandum of law in support of its motion for leave to make case-specific amendments, not to exceed 20 pages, by June 3, 2024;

5. Existing Defendants may file a joint sur-reply memoranda of law in further opposition to Plaintiffs' motions for leave to add Novartis AG and Sandoz AG, not to exceed 15 pages, by July 3, 2024;

6. Existing Defendants may file a joint sur-reply memoranda of law in further opposition to MSP Recovery plaintiffs' case-specific amendments, not to exceed 15 pages, by July 3, 2024.

**IT IS SO STIPULATED.**

Dated: April 24, 2024

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Flr.
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com

**Lead Counsel for End-Payer Plaintiffs**

/s/ William J. Blechman
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue Suit 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs**

/s/ Christian Hudson
Christian Hudson

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS TORRES LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
P.C.
1301 Avenue of the Americas, 40th Fl.

CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960
christian@cuneolaw.com

***Lead Counsel for Indirect Reseller Plaintiffs***

New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Alison Tanchyk*
Alison Tanchyk
Morgan, Lewis & Bockius, LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel: (305) 415-3444
Fax: (305) 415-3001
alison.tanchyk@morganlewis.com

***Defendants' Liaison Counsel***